In the Matter of the Claim of GEORGE H. DUNN, Appellant, against UNIT SYSTEM LAUNDRY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Appeal from decision disallowing claim for compensation. Claimant, a chauffeur, left his employer's garage on his way home from work and was found the next day, lying in the street, with his hands and feet frozen. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.